# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

GISELE NIBLOCK,

                Plaintiffs,

                JUDGMENT IN A CIVIL CASE

                v.

KITTITAS COUNTY, a political subdivision of the State of Washington, and DEANN PANATTONI, individually and in her official capacity as the Kittitas County Treasurer,

CASE NUMBER: CV-09-3085-EFS

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in Defendants' favor pursuant to the Court's Order entered on June 2, 2010, Ct Rec 14.

June 2, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas